Rhinelander Waldo, as Police Commissioner, etc.

PER CURIAM. The motion was granted as to the determination upon the facts, but not to change the statement as to Mr. Justice Carr. See Warn v. N. Y. C. & H. R. R. Co., 163 N. Y. 525, 57 N. E. 742; Wangner v. Grimm, 169 N. Y. 421, 427, 62 N. E. 569. See, also, 151 N. Y. Supp. 1138.

PEOPLE ex rel. MULDOON, Relator, v. WALDO, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Proceeding by the People of the State of New York, on the relation of Anthony F. Muldoon, against Rhinelander Waldo, as Police Commissioner of the City of New York.

PER CURIAM. Determination annulled, and writ sustained, with $50 costs and disbursements. There is no evidence of any neglect of duty.

BURR and THOMAS, JJ., vote to confirm.

PEOPLE ex rel. NOBLE v. ROMSEN et al., Board of Water Com'rs, Respondents. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Proceeding by the People of the State of New York, on the relation of Franklin P. Noble, against John F. Romsen and others, constituting the Board of Water Commissioners of the Roslyn Water District, etc.

PER CURIAM. Motions in so far as they seek a reargument denied. Motions in so far as they seek leave to appeal to the Court of Appeals denied. Motions to resettle granted, and orders amended, so that it shall appear that the decisions were as a matter of law, and not as a matter of discretion. Settle order on notice before Mr. Justice RICH.

PEOPLE ex rel. O'FARRELL v. WALDO, Police Com'r. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Proceeding by the People of the State of New York, on the relation of Valerian J. O'Farrell, against Rhinelander Waldo, as Police Commissioner, etc. No opinion. Motion to dismiss writ granted, with $10 costs. Order filed.

PEOPLE ex rel. PAIGE, Relator, v. WALDO, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. January 15, 1915.) Proceeding by the People of the State of New York, on the relation of George F. Paige, against Rhinelander Waldo, as Police Commissioner of the City of New York. No opinion. Determination confirmed, and writ dismissed, with $50 costs and disbursements.

PEOPLE ex rel. RILEY, Respondent, v. STEERS, Borough President, Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Proceeding by the People of the State of New York, on the relation of George Riley, against Alfred E. Steers, as President of the Borough of Brooklyn. No opinion. Orders affirmed, with costs.

PEOPLE ex rel. RODRIGUES v. WOODS. (Supreme Court, Appellate Division, First Department. January 15, 1915.) Proceeding by the People of the State of New York, on the relation of Jas. E. C. Rodrigues, against Arthur Woods, as Commissioner. No opinion. Motion granted, with $10 costs. Order filed.

PEOPLE ex rel. RUDD, Appellant, v. CROPSEY, Dist. Atty., Respondent. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Proceeding by the People of the State of New York, on the relation of Stephen A. Rudd, against James C. Cropsey, as District Attorney of the County of Kings.

PER CURIAM. Final order affirmed, with $10 costs and disbursements. See, also, 163 App. Div. 910, 147 N. Y. Supp. 1135.

CARR, J., not voting.

PEOPLE ex rel. TAYLOR v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. December 31, 1914.) Proceeding by the People of the State of New York, on the relation of John M. Taylor, against Rhinelander Waldo, as Police Commissioner of the City of New York. No opinion. Determination confirmed, and writ dismissed, with $50 costs and disbursements.

PEOPLE ex rel. WHITE, Respondent, v. PRENDERGAST, Comptroller, et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 8, 1915.) Proceeding by the People of the State of New York, on the relation of Charles F. White, against William A. Prendergast, as Comptroller, etc., and another. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. WINTERS v. EATON et al. (Supreme Court, Appellate Division, Third Department. January 15, 1915.) Proceeding by the People of the State of New York, on the relation of Bryan L. Winters, against Edward W. Eaton and others, individually and as members of the Board of Supervisors in and for the County of Tioga, and Fred G. Horton, Clerk of said Board of Supervisors. No opinion. Motion denied, on the ground that the court has no jurisdiction to grant the writ asked for.

PEOPLE'S NAT. BANK OF BROOKLYN, IN NEW YORK, Respondent, v. MANNESCHMIDT, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Action by the People's National Bank of Brooklyn, in New York, against Lucia H. Manneschmidt and Jacob Manneschmidt, Jr. No opinion. Judgment affirmed, with costs.

In re PEOPLE'S TRUST CO. (Supreme Court, Appellate Division, Second Department. December 24, 1914.) Appeal from Surrogate's